IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DORIS OBAZE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-4307 |
| | § | |
| RIVER OAKS MEDICAL CENTER L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF STAY AND ADMINISTRATIVE CLOSING

Defendant, the River Oaks Medical Center, LP, filed a petition in the United States Bankruptcy Court for the District of Delaware as Case No.08-11354 on July 2, 2008. A petition filed under 11 U.S.C. §§ 301, *et seq.,* operates as a stay of the continuation of a judicial proceeding against the debtor that was commenced before the initiation of the bankruptcy proceeding. 11 U.S.C. § 362(a)(1). Accordingly, this case is stayed and administratively closed. The plaintiff may reinstate this case to the active docket upon notice to this court of the discontinuance of the stay pursuant to 11 U.S.C. § 362(c)(2), provided such notice is filed within 30 days after the bankruptcy stay is discontinued.

SIGNED on July 7, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge